# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>    Plaintiff,<br><br>vs.<br><br>R. HERNANDEZ, et al.,<br><br>    Defendants. | Case No.: 1:16-cv-01439-LJO-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION REQUESTING TO CONDUCT SETTLEMENT NEGOTIATIONS<br><br>(ECF No. 21) |

Plaintiff Michael A. Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting that the Court conduct settlement negotiations in the interest of justice and to expedite a resolution of this matter, filed on December 11, 2017. (ECF No. 21.)

The Court is able to refer cases for mediation before a United States Magistrate Judge. A settlement conference will only be set if the parties are willing to make a meaningful attempt to resolve this action and are willing to compromise.

Based on Plaintiff's request, the Court finds it appropriate to inquire as to whether Defendants believe, in good faith, that settlement in this case is a possibility and whether they are interested in having a settlement conference scheduled by the Court.

1

Accordingly, it is HEREBY ORDERED that:

1. Within twenty-one (21) days from the date of service of this order, Defendants shall file a written response to this order regarding whether they believe a settlement conference would benefit this matter;

2. Defendants may address any scheduling issues and/or security and transport concerns in their order, if necessary; and

3. If a settlement conference is agreeable to all parties, then the Court will issue a separate order setting the conference date and indicating each of the parties' responsibilities regarding the settlement conference.

IT IS SO ORDERED.

Dated: **December 13, 2017**      /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE