# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>R. HERNANDEZ, et al.,<br><br>　　　　Defendants. | Case No.: 1:16-cv-01439-LJO-BAM (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONDUCT SETTLEMENT NEGOTIATIONS, WITHOUT PREJUDICE<br><br>(ECF No. 21) |

Plaintiff Michael A. Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion requesting that the Court conduct settlement negotiations in the interest of justice and to expedite a resolution of this matter, filed on December 11, 2017. (ECF No. 21.) On December 14, 2017, the Court ordered Defendants to respond to Plaintiff's motion. (ECF No. 22.) On December 28, 2017, defense counsel filed a declaration on behalf of Defendants in response. (ECF No. 24.) The Court finding no reply necessary at this time, the motion is deemed submitted. Local Rule 230(l.)

Defense counsel has suggested a willingness to participate in settlement negotiations, but states that the parties have not yet begun any talks and Plaintiff has not sent any settlement demand to defense counsel. As a result, defense counsel is not certain whether the parties have

1

the reasonable ability to reach a compromise on this matter. Defense counsel also states that if a settlement conference is scheduled before the Court, security and convenience would best be served by holding the conference at the district courthouse in Fresno, California.

Based on the foregoing, the Court finds that it is not appropriate to schedule a settlement conference at this time. The parties are encouraged to engage in reasonable settlement negotiations between themselves. Should the parties agree that their negotiations would benefit from the assistance of the Court, defense counsel may contact the undersigned's Courtroom Deputy, Harriet Herman, at (559) 499-5788 or via email at hherman@caed.uscourts.gov, to request a judge-led settlement conference.

Accordingly, Plaintiff's motion to conduct settlement negotiations, filed on December 11, 2017 (ECF No. 21) is DENIED, without prejudice.

IT IS SO ORDERED.

Dated: **January 3, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE