# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL A. WASHINGTON,

Plaintiff,

vs.

R. HERNANDEZ, et al.,

Defendants.

Case No.: 1:16-cv-01439-LJO-BAM (PC)

ORDER DENYING PLAINTIFF'S MOTION FOR AN EXTENSION OF THE DISCOVERY DEADLINE, WITHOUT PREJUDICE

[Doc. 31]

ORDER DIRECTING THE PARTIES TO MEET AND CONFER

Plaintiff Michael A. Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants Hernandez, Stane, Stinson, Chambers, and Denney.

**I.     Plaintiff's Motion for an Extension of the Discovery Deadline**

Currently before the Court is Plaintiff's motion for an extension of the discovery deadline, filed on May 9, 2018. (Doc. 31.) Plaintiff states in the motion that he requires an extension to file a motion to compel records regarding the Defendants' conduct during the incident in question. Plaintiff states that he was unable to do so within the discovery deadline because he first attempted to get the documents from his counsel in a prior case related to this incident, and because of a housing transfer which left him without his property for some months.

1

Upon review of Plaintiff's motion, the Court finds it appropriate to require the parties to engage in a meet and confer conference regarding this discovery matter. It appears significant time and resources may be saved through that process, obviating the need for any motion to compel and related briefing. Therefore, Plaintiff's motion to extend the discovery deadline will be denied, without prejudice, and the Court will instruct the parties to meet and confer to attempt to resolve this matter, as described below.

**II.     Meet and Confer**

Defense counsel is directed to contact Plaintiff by telephone, or to set-up an in-person meeting, regarding this discovery matter. In conducting the meet and confer conference, the parties are reminded that they are required to act in good faith during the course of discovery. Complete, accurate, and truthful discovery responses are required. False or incomplete responses violate the Federal Rules of Civil Procedure and subject an offending party and/or counsel to sanctions. Boilerplate objections will not be tolerated and will be summarily overruled. Privileges are narrowly construed and are generally disfavored. Information not properly disclosed may be excluded from later use in support of a motion, at a hearing, or at trial.

Within twenty-one (21) days of this order, the parties must have met and conferred, and defense counsel must file a Joint Statement regarding the conference. All parties shall participate in the preparation of the Joint Statement, and must sign the Joint Statement. Electronic signatures are acceptable; a wet signature is not required.

The Joint Statement shall set forth the following:

(a) a statement that the parties met and conferred in good faith regarding the dispute, by phone or in-person, including the date(s) of the conference(s);

(b) a statement explaining whether this dispute was resolved in full or in part through the meet and confer process; and

(c) if any issues remain unresolved, a statement explaining the dispute and the parties' positions.

Upon review of the Joint Statement, the court shall issue a further order regarding this matter. No additional filings may be made on this issue unless and until ordered by the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of the discovery deadline, filed on May 9, 2018 (Doc. 31) is denied, without prejudice;

2. The parties are ordered to meet and confer as outlined above;

3. Within thirty (30) days of the date of service of this order, a Joint Statement shall be filed in this matter as outlined above; and

4. **The parties are warned that the failure to meet and confer in good faith as set forth in this order, or to comply with any of its terms, will result in the imposition of sanctions**.

IT IS SO ORDERED.

Dated: **May 11, 2018**  /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE