# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>        Plaintiff,<br><br>vs.<br><br>R. HERNANDEZ, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-01439-LJO-BAM (PC)<br><br>ORDER REGARDING STATEMENT OF JOINT MEET AND CONFER CONFERENCE<br><br>(Doc. 33.) |

Plaintiff Michael A. Washington is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This case proceeds on Plaintiff's claim for excessive force in violation of the Eighth Amendment against Defendants Hernandez, Stane, Stinson, Chambers, and Denney.

On May 9, 2018, Plaintiff filed a motion for an extension of the discovery deadline, asserting that he required time to file a motion to compel. (Doc. 31.) Upon reviewing the motion, the Court ordered the parties to engage in a meet and confer, potentially obviating the need for any motion. The parties were directed to meet and confer, and file a joint statement within thirty (30) days. (Doc. 32.)

Currently before the Court is the parties' joint statement on the meet and confer, filed on May 25, 2018. (Doc. 33.) According to the statement, which is signed by Plaintiff and by defense

counsel, the parties resolved their dispute, and Plaintiff determined that he will not be filing any motion to compel. (*Id.*)

Based on the foregoing, Plaintiff's request to extend the discovery deadline to file a motion to compel (Doc. 31) is HEREBY DENIED, as moot.

IT IS SO ORDERED.

Dated: __**June 5, 2018**__         /s/ *Barbara A. McAuliffe*  
                                    UNITED STATES MAGISTRATE JUDGE