# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>R. HERNANDEZ, et al.,<br><br>Defendants. | Case No.: 1:16-cv-01439-LJO-BAM (PC)<br><br>ORDER REGARDING STIPULATED DISMISSAL OF ACTION<br><br>(Doc. 44) |

Plaintiff Michael A. Washington is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is a stipulation for voluntary dismissal with prejudice filed by defense counsel. (Doc. 44.) The stipulations are signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action, and indicates that each party shall bear its own costs and fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines, and close this case.

IT IS SO ORDERED.

Dated: __**July 18, 2018**__            /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE